# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH,<br><br>         Petitioner,<br><br>     v.<br><br>ALBERT GONZALES, et.al.,<br><br>         Respondents.<br>_____ / | CV F 07-00055 LJO SMS HC<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED<br><br>ORDER DIRECTING THE CLERK TO SERVE DOCUMENTS ON RESPONDENT |

    Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    In the petition filed, Petitioner alleges that his detention pursuant to 8 U.S.C. § 1231(a)(2) is indefinite and punitive in nature, thus violating Petitioner's substantive and procedural due process rights under the Due Process Clause of the Fifth Amendment of the United States Constitution.  Petitioner also asserts that his detention is in violation of Respondent's statutory authority.

    Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of Petitioner's Alien File

1

1  and any and all other documentation relevant to the determination of the issues raised in the
2  petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is
3  released from ICE custody during the pendency of this Petition, the parties SHALL notify the
4  Court by filing a Motion to Dismiss the Petition or other proper pleading.  Should the parties fail
5  to notify the Court that Petitioner has been released, the parties may be subject to sanctions
6  pursuant to the inherent power of the Court to issue sanctions in appropriate cases.  See, Local
7  Rule 11-110.
8  　　　　Accordingly, IT IS HEREBY ORDERED:
9  　　1.　　Respondent is ORDERED TO SHOW CAUSE why the Petition should not be
10 　　　　　granted.  The Return to the Order to Show Cause is due within FORTY-FIVE (45)
11 　　　　　days of the date of service of this order.  Petitioner may file a Traverse to the
12 　　　　　Return within TEN (10) days of the date the Return to the Order to Show Cause is
13 　　　　　filed with the Court.
14 　　2.　　The Clerk of the Court is DIRECTED to SERVE a copy of the Petition for Writ of
15 　　　　　Habeas Corpus on the United States Attorney.
16 　　　　The Court has determined that this matter is suitable for decision without oral argument
17 pursuant to Local Rule 78-230(h).  As such, the matter will be taken under submission following
18 the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other
19 briefing in this action is suspended.
20
21 IT IS SO ORDERED.
22 **Dated:   May 9, 2007**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28