# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH, | CV F 07-00055 LJO SMS HC |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION TO TERMINATE CASE |
| v. | [Doc. 13] |
| ALBERT GONZALES, et.al., | |
| Respondents. / | |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition on January 11, 2007.  Respondent filed a response to the petition on June 25, 2007.  On July 9, 2007, Petitioner filed a motion to terminate his case. (Court Doc. 13.)  However, on August 10, 2007, Petitioner filed a traverse to Respondent's answer to the petition, contending that the petition should be granted and he should be released from custody.  (Court Doc. 15.)

Based on the fact that Petitioner has filed a traverse to Respondent's answer, and continues to argue that the petition should be granted, it appears that Petitioner does not wish to terminate this case, and his motion shall be DISREGARDED.  Petitioner is advised that the Court will issue a ruling on the merits of his petition in due course as the Court's docket of pending is substantial and the Court must act first on those cases that have been pending the longest.

Accordingly, it is HEREBY ORDERED that Petitioner's motion to terminate the case, filed on July 9, 2007, is DISREGARDED.

IT IS SO ORDERED.

**Dated:   January 4, 2008**                         /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE