# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL, et.al.,<br><br>        Respondents.<br>_____/ | 1:07-cv-00055-LJO-SMS (HC)<br><br>ORDER DIRECTING RESPONDENT TO PROVIDE STATUS REPORT REGARDING PETITIONER'S CURRENT DETENTION |

    Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    Petitioner filed the instant petition for writ of habeas corpus on January 11, 2007. (Court Doc. 1.) On May 11, 2007, the Court issued an order to show cause why the petition should not be granted. (Court Doc. 10.) Respondent filed a response on June 25, 2007, and Petitioner filed a reply on August 10, 2007. (Court Docs. 12, 15.)

    In the petition, Petitioner challenges his detention after receiving a final order of removal from the United States. Petitioner filed an appeal to the United States Court of Appeals for the Ninth Circuit, and a stay of removal was issued on August 25, 2005. <u>See</u> Ninth Circuit Docket No. 05-74966. A review of the Ninth Circuit's docket indicates that on March 18, 2008, the appellate case was dismissed pursuant to Petitioner's request. As Petitioner's detention was based on the stay of removal issued by the Ninth Circuit, the Court requests Respondent to submit a status report regarding Petitioner's current detention.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20)** days from the date of service of this order, Respondent shall submit a status report regarding the status of Petitioner's current detention.

IT IS SO ORDERED.

**Dated:**   **August 5, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE