# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH, | CV F 07-00055 LJO SMS HC |
| Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| ALBERT GONZALES, et.al., | [Doc. 18] |
| Respondents. | |

Petitioner is detained by the Bureau of Immigration and Customs Enforcement ("BICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In August 26, 2008, the Court directed Respondent to provide a status report regarding Petitioner's current detention. (Court Doc. 18.) The order was properly served on Respondents via electronic notice by the Court's electronic case filing system. However, Respondents have failed to file a response to the Court's order. Accordingly, within **fifteen (15)** days from the date of service of this order, Respondents shall show cause why sanctions should not be imposed for failure to comply with the Court's order. Local Rule 11-110.

IT IS SO ORDERED.

Dated:   September 11, 2008            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1