# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH, | CV F 07-00055 LJO SMS HC |
| Petitioner, | ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT |
| v. | |
| ALBERT GONZALES, et.al., | [Doc. 21] |
| Respondents. | |

At the time the instant petition was filed, Petitioner was detained by the Bureau of Immigration and Customs Enforcement ("BICE") and filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 25, 2007, Respondent filed a response to the petition for writ of habeas corpus. (Court Doc. 12.) Petitioner filed a reply on August 10, 2007. (Court Doc. 15.)

Thereafter, on August 6, 2008, the Court directed Respondent to provide a status report regarding the current detention of Petitioner. (Court Doc. 18.) Because Respondent failed to file a response, the Court issued an order to show cause why sanctions should not be imposed. (Court Doc. 20.)

On September 15, 2008, Respondent filed a response to the order to show cause, along with a motion to dismiss the petition as moot. (Court Doc. 21.) With regard to the order to show cause, Respondent's counsel submits that the failure to file a response was the result of a filing error. Counsel declares that on August 18, 2008, she filed a response to the order to show cause

and a motion to dismiss the petition as moot, provided an electronic signature, and attempted to file the documents with the Court. Counsel did not become aware that the documents were not actually filed until she received the Court's order to show cause issued September 11, 2008. On the basis of a showing of good cause, the Court will vacate the order to show cause.

With regard to the detention status of Petitioner, Respondent submits evidence that Petitioner was removed to India on April 23, 2008. (Attachment A, to Response.) Accordingly, because Petitioner has been deported to India, and is no longer in detention, his habeas petition challenging the length of his confinement is moot, and the petition must be dismissed. *Cf. Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner).

Accordingly, it is HEREBY ORDERED that:

1. The order to show cause issued September 11, 2008, is VACATED;
2. Respondent's motion to dismiss the instant petition as MOOT is GRANTED; and,
3. The instant petition for writ of habeas corpus is DISMISSED as MOOT.

IT IS SO ORDERED.

**Dated:   September 22, 2008**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE